Dismissed and Memorandum Opinion filed August 6, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00585-CV

____________

 

AMERICAN POOLS OF HOUSTON, INC., Appellant

 

V.

 

DAN MILOM AND CHERYL MILOM D/B/A ELITE CONCRETE
DESIGNS AND ELITE CONCRETE AND DESIGNS WHOLESALE, Appellees

 



 

On Appeal from the
334th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-24939

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 2, 2009.  On
July 24, 2009,  appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices
Seymore, Brown, and Sullivan.